IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Department of the Army Depot,    :
Tobyhanna Army Depot,    :
            Petitioner    :
    :
    v.    :
    :
Unemployment Compensation    :
Board of Review,    :
            Respondent    :    No. 1715 C.D. 2014

# **O R D E R**

NOW, September 28, 2015, upon consideration of petitioner's application for reargument *en banc*, the application is denied.

 

_____
DAN PELLEGRINI,
President Judge